**Bank of Poplar Bluff, appellee, v. O. L. Bartlett, appellant.**
Assumpsit upon a trade acceptance. Judgment for plaintiff. Appeal from the Circuit Court of Pulaski county; the Hon. A. E. Somers, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed November 16, 1922.
George E. Martin, for appellant. Fred Hood, for appellee.
Per Curiam.

---

**W. P. Welker, appellant, v. W. E. Allison, appellee.**
Action to recover the consideration paid for trade acceptances sold without complying with the Securities Act. Judgment for defendant. Appeal from the Circuit Court of Fayette county; the Hon. F. R. Dove, Judge, presiding. Heard in this court at the October term, 1922. Reversed and remanded with directions. Opinion filed November 16, 1922.
Albert, Webb & Albert, for appellant. Leslie J. Taylor and Arthur Roe, for appellee.
Per Curiam.

---

**F. M. Edwards, appellee, v. Marion County Coal Company, appellant.**
Action by a physician for services to an employee of defendant. Judgment for plaintiff. Appeal from the Circuit Court of Marion county; the Hon. William B. Wright, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed November 16, 1922.
Jonas & Branson, for appellant; George D. Anthony, of counsel. Elbert B. Vandervort, for appellee.
Per Curiam.

---

**The People of the State of Illinois, defendant in error, v. John Barkwill, plaintiff in error.**
Prosecution under the Search and Seizure Act for having possession of intoxicating liquor. Defendant convicted. Error to the County Court of Crawford county; the Hon. John C. Maxwell, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed January 26, 1923.
Bradbury, Gaines & Bradbury and Parker & Crowley, for plaintiff in error. Charles E. Jones and J. A. MacHatton, for defendant in error.
Mr. Presiding Justice Boggs delivered the opinion of the court.

---

**Lawrence Biebel, by Erwin Biebel, defendant in error, v. Philip Lehman, plaintiff in error.**
Action by a minor by his next friend for personal injuries sustained in an attack by defendant's dog. Judgment for plaintiff. Error to the Circuit Court of St. Clair county; the Hon. George A. Crow, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed January 26, 1923. *Certiorari* denied by Supreme Court (making opinion final).
Barthel, Farmer & Klingel, for plaintiff in error. Webb & Webb and A. B. Davis, for defendant in error.
Mr. Presiding Justice Boggs delivered the opinion of the court.